# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3179

_____

United States of America,                    *
                                             *
              Appellee,                       *    Appeal from the United States
                                             *    District Court for the
       v.                                     *    Western District of Arkansas.
                                             *
Jose Cardona-Saldana,                         *    [UNPUBLISHED]
                                             *
              Appellant.                      *

_____

Submitted: June 6, 2007
Filed: June 11, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

       Jose Cardona-Saldana challenges the sentence of 5 years in prison and 4 years of supervised release that the district court[1] imposed after he pleaded guilty to distributing more than 50 grams of methamphetamine mixture, in violation of 21 U.S.C. § 841(a)(1). His counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), and has moved to withdraw, and Cardona-Saldana has filed a pro se supplemental brief. For the reasons discussed below, we affirm.

_____

       [1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Counsel notes in his <u>Anders</u> brief that his client is dissatisfied with the length of his sentence. The sentence, however, is the statutory minimum for the offense. <u>See</u> 21 U.S.C. § 841(b)(1)(B)(viii); <u>United States v. Davidson</u>, 437 F.3d 737, 741 (8th Cir. 2006) (finding statutory minimum sentence not unreasonable).

Cardona-Saldana seems to argue in his pro se supplemental brief that his trial counsel was ineffective, but such a claim should be raised, if at all, in a 28 U.S.C. § 2255 motion. <u>See</u> <u>United States v. Ramirez-Hernandez</u>, 449 F.3d 824, 827 (8th Cir. 2006).

After reviewing the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude that there are no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw subject to counsel informing appellant about procedures for seeking rehearing or filing a cert petition.

_____